RECEIVED
IN LAKE CHARLES, LA

AUG 1 7 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**JAMES B. WARD, INDIVIDUALLY**
**AND AS A PERSONAL**
**REPRESENTATIVE OF THE ESTATE**
**OF FRANK L. WARD**

**CIVIL ACTION NO. 03-2239**

**VERSUS**

**JUDGE MINALDI**

**ISLE OF CAPRI CASINOS, INC., ET AL.**

JUDGMENT

In accordance with the corresponding memorandum Ruling, for the reasons set forth therein, the Motion for Summary Judgment [doc. 122] filed by Res-Care, Inc. IS GRANTED.

IT IS ORDERED that the plaintiff's claims against Res-Care ARE DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this 17 day of August, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE